

OCT 2 1 2020

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA    §
                            §
V.                          §    CRIMINAL NO. 6:20-CR- 83
                            §            JCB/KNM
ERIC CADELL GIPSON          §    SEALED

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about June 8, 2020, in Tyler, Smith County, Texas, in the Eastern District of

Texas, the defendant, **Eric Cadell Gipson**, did knowingly and unlawfully possess in and

affecting interstate and foreign commerce, a firearm, to wit, a Smith & Wesson 9mm

stainless steel pistol, while knowing that he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, to wit:

1. March 2, 1992, **Gipson** was convicted of murder, a Texas first degree felony,

   criminal case no. 1-89-268, 241st District Court, Smith County, Texas;

2. March 6, 1992, **Gipson** was convicted of robbery, a Texas second degree felony,

   criminal case no. 1-90-20, 241st District Court, Smith County, Texas; and

3. March 6, 1992, **Gipson** was convicted of theft from a person, a Texas third degree

   felony, criminal cause no. 1-90-46, 241st District Court, Smith County, Texas.

   In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

Indictment - Page 1

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

As a result of committing the offense as alleged in this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 all property involved in or traceable to property involved in the offense.   Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

(a)     cannot be located upon the exercise of due diligence;
(b)     has been transferred or sold to, or deposited with a third party;
(c)     has been placed beyond the jurisdiction of the court;
(d)     has been substantially diminished in value; or
(e)     has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____
ALAN R. JACKSON
Assistant United States Attorney

_____
Date

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA         §
                                 §
V.                               §      CRIMINAL NO. 6:20-CR- 83
                                 §           JCB) KNM
ERIC CADELL GIPSON               §      SEALED

## NOTICE OF PENALTY

### COUNT ONE

Violation:              18 U.S.C. § 922(g)(1)

Penalty:                Imprisonment for a term of not more than 10 years, a
                        fine not to exceed $250,000, or both, and supervised
                        release of not more than 3 years.

Special Assessment:     $100.00

Indictment - Page 3